# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON M. LIZ, | : | |
|    Plaintiff, | : | Civil Action No. 22-cv-0396 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : : | |
|    Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of August, 2023, the *pro se* Plaintiff having filed a second motion for appointment of counsel (ECF No. 60), it is hereby **ORDERED** as follows:

1. The Clerk of Court is **DIRECTED** to **MAIL** a copy of this order to the *pro se* Plaintiff at his address as it appears on the docket – Ramon M. Liz (QC-3557), SCI-Phoenix, 1200 Mokychic Drive, Collegeville, Pennsylvania 19426;

2. The *pro se* Plaintiff's second motion for appointment of counsel (ECF No. 60) is **GRANTED** to the extent that the court will refer this matter to the Prisoner Civil Rights Panel; and

3. The Clerk of Court is **DIRECTED** to refer this matter to the Prisoner Civil Rights Panel ("Panel") to attempt to locate counsel for the *pro se* Plaintiff. The *pro se* Plaintiff's request for appointment of counsel shall remain on the Panel's intranet for review by attorneys of the Panel for ninety (90) days from the entry of this Order.[1]

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge

---

[1] Plaintiff should be aware that he has no legal right to an attorney in this civil action, and that the Court is not appointing an attorney to represent him. Rather, the Court is asking an attorney to review Plaintiff's case. That attorney may exercise his/her discretion in determining whether to agree to represent Plaintiff in this action. The matter will remain in civil suspense and the Court will take no further action on this case until it gets a response from the Prisoner Civil Rights Panel regarding the review of Plaintiff's case.