Re:  LIZ v. PENNSYLVANIA DEPARTMENT OF CORRECTIONS et al; 22-cv-396

## Plaintiff's Notice Regarding Placement on Prisoner Panel

*RECEIVED JAN 2 6 2024 BY:___*

I received notice that no attorney from the Court's Prisoner Civil Rights Panel has volunteered to take my case, and I respond by checking one of the boxes below.

- [x] I wish for my case to remain with the Prisoner Civil Rights Panel so that a volunteer attorney may agree to represent me.  I understand that the Court is not required to keep my case with the Civil Rights Panel, and that I have no right to an attorney in a civil case.

- [ ] I wish for the Court to remove my case from the Prisoner Civil Rights Panel.  I understand that if the Court removes my case from the Panel, I will represent myself (proceed *pro se*).

Signature: *[signature]*

Date: 1/8/24

You must file this Notice by filling it out and mailing it to the following address, and you must do so within 20 days from the date of the cover letter.

United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Rom 2609
Philadelphia, PA 19106-1797

SCI- Phoenix
Name RAMON M. Liz
Number QC-3557
1200 Mokychic dr.
Collegeville PA
19426

U.S.D.C
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street Room 2609
Philadelphia PA 19106-1797

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
01/09/2024
US POSTAGE $000.63
ZIP 19426
041M12252211