IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA, CIVIL DIVISION

RAMON M. LIZ,  No. 2:22-CV-00396
Plaintiff

v.

P.CURLEY, et al.,
DEFENDANT(S)

PLAINTIFF'S REQUEST FOR MOTION TO AMEND INITIAL CIVIL COMPLAINT

Ramon M. Liz is the Plaintiff herein and seeks to amend the initial civil complaint, due to new facts and evidence which have just recently come to light, concerning civil case no. 2:22-CV-00396.

Plaintiff seeks the approval from this court to amend his initial civil complaint and the alotted time of 15 days to do so.

VEREFICATION

I, ramon M. Liz hereby swer that all is true and correct, under 28 U.S.C.§1746 penalty of perjury.

CC:R.M.L.
FILE
February 29 2024

/S/. [signature]
Mr.Ramon M. Liz QC-3557
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pa 19426

CERTIFICATE OF SERVICE

I Ramon M. Liz the undersigned hereby certify that I am this day serving a true and correct copy of the foregoing three page motion to this persons listed below via First Class Mail on February 29 2024

TO: Eastern Distric Of Pennsylvania
Office Of Clerk
United States District Court
Philadelphia, Pa 19106-9865

CC:R.M.L.
FILE
February 29 2024

/S/. *[signature]*
Mr. Ramon M. Liz QC-3557
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pa 19426

CI - Phoenix
1200 Mokychic Dr
Collegeville, PA 19426
Name  RAMON M. Liz
Number  QC-3557

Eastern District of Pennsylvania
Office of Clerk
United States District Court
Philadelphia PA 19106-7865

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.64
ZIP 19426
031248366


RECEIVED
MAR - 4 2024