IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON M. LIZ, | : | |
|    Plaintiff, | : | No. 22-cv-0396-JMY |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

**AND NOW,** this 19th day of December 2025, upon consideration of the Motion for a Preliminary Injunction filed by Plaintiff Ramon M. Liz (ECF No. 99), and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons set forth in the accompanying Memorandum filed along with this Order.

It is further **ORDERED** that Plaintiff's Motion to Extend Time (ECF No. 103) to file a response/reply in support of his request for injunctive relief is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

/s/ John Milton Younge
**JOHN MILTON YOUNGE, J.**